```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 17629
    ALEXANDRA H STODDARD
                                        CHAPTER 13

                                        JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-4194
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/27/07 .

    2.  The case was converted to Chapter 7 without confirmation, 12/20/2007.

    3.  The Debtor paid a total of $     695.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO EMS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL RECOVERY CO | UNSECURED | NOT FILED | .00 | .00 |
| CPS SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $      .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $    695.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

    Dated: 04/17/08                     /S/
                                    GLENN STEARNS

CHAPTER 13 TRUSTEE

```
                          PAGE   2
    CASE NO. 07 B 17629 ALEXANDRA H STODDARD
```